UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11353


PETER T. DeVITTORIO,

                              Plaintiff,

    v.


STEPHEN MALFITANO, individually, JOSEPH CANNELLA, individually, THOMAS SCAPPATICCI, individually,
TOWN/VILLAGE BOARD OF THE TOWN OF HARRISON, New York, BOARD OF POLICE COMMISSIONERS OF
THE TOWN/VILLAGE OF HARRISON, New York, and the TOWN/VILLAGE OF HARRISON, New York,

                              Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York On 12/19/07 at 11:00 a.m.    deponent did
serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: STEPHEN MALFITANO

At Location: One Heineman Place, Harrison, New York

   By delivering to and leaving with Anna Pilloni, Village Attorney's office, and that deponent knew the person so
   served to be Anna Pilloni and authorized to accept service.

On December 19, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic
   filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and
   Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the
   State of New York.

         A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as
         follows:
         Sex F                 Age 35-45                Weight 130
         Color of Skin WHITE   Height 5'4"              Color of Hair  Brown
         Other Features


                                                  Robert Fouvy


Sworn to before me this
20th day of December, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20_10

STATE OF NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV11353        AND FILED ON        12/18/2007

PETER T. DEVITTORIO

Vs.                                                    Plaintiff(s)/Petitioner(s)

STEPHAN MALFITANO, INDIVIDUALLY, ET AL                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                     )       SS

COUNTY OF WESTCHESTER                                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____ 2/18/2008 _____ at _____ 2:15PM _____ , deponent did serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILINGS RULES
Party Served:                                                      (herein called
recipient)         JOSEPH CANNELLA
                                                                   therein  named.
At Location:       26 SUNNY RIDGE ROAD

                   HARRISON NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _M_    Color of Skin    _WH_    Color of Hair         _BLACK_

Age  _45/55_  Height    _5'9"_    Weight        _170_

       Other Features                              _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   HE was not.

Sworn to before me on _____ 2/19/2008 _____

_____                    _____
                                                   John Axelrod

GAIL WILLIAMS
Notary Public                                      Server's License#:

2010

STATE OF  NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV11353          AND FILED ON          12/18/2007

---

PETER T. DEVITTORIO

Vs.

STEPHAN MALFITANO, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                                                    )

                                                                                                       )   SS

COUNTY OF WESTCHESTER                                                         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On _____1/29/2008_____ at _____1:15PM_____ , deponent did

serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILINGS RULES
Party Served:
                               THOMAS SCAPPATICCI                                                         (herein called recipient)
                                                                                                                                 therein  named.
At Location:           490 MAIN STREET

                               E. WHITE PLAINS NY

By delivering to and leaving with ____DONNA SCAPPATICCI, WIFE_____ a person of suitable age and discretion.
Said premises is recipient's | |  actual place of business  |✔|  dwelling house(usual place of abode) within the state.

On_____1/29/08_____, deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILINGS RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential!" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _FM_   Color of Skin    _WH_     Color of Hair _____ _BLOND_
Age   _40/50_  Height   _5'4"_   Weight    _145_
Other Features _____

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the   1/29/2008

_Day Williams_ (signature)                                        _John Axelrod_ (signature)
                                                                                      John Axelrod

                                                                                      Server's License#:

2010

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11353

PETER T. DeVITTORIO,

                                    Plaintiff,

    v.

STEPHEN MALFITANO, individually, JOSEPH CANNELLA, individually, THOMAS SCAPPATICCI, individually,
TOWN/VILLAGE BOARD OF THE TOWN OF HARRISON, New York, BOARD OF POLICE COMMISSIONERS OF
THE TOWN/VILLAGE OF HARRISON, New York, and the TOWN/VILLAGE OF HARRISON, New York,

                                    Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York On 12/19/07 at 11:00 a.m.    deponent did
serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: TOWN/VILLAGE BOARD OF THE TOWN OF HARRISON

At Location: One Heineman Place, Harrison, New York

    By delivering to and leaving with Anna Pilloni, Village Attorney's office, and that deponent knew the person so
    served to be Anna Pilloni and authorized to accept service.

        A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as
        follows:
        Sex F              Age 35-45          Weight 130
        Color of Skin WHITE  Height 5'4"       Color of Hair  Brown
        Other Features

                                    Robert Fouvy

Sworn to before me this
20th day of December, 2007

Notary Public

        ANN B. FRANK
Notary Public, State of New York
        No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11353

PETER T. DeVITTORIO,

                              Plaintiff,

    v.

STEPHEN MALFITANO, individually, JOSEPH CANNELLA, individually, THOMAS SCAPPATICCI, individually,
TOWN/VILLAGE BOARD OF THE TOWN OF HARRISON, New York, BOARD OF POLICE COMMISSIONERS OF
THE TOWN/VILLAGE OF HARRISON, New York, and the TOWN/VILLAGE OF HARRISON, New York,

                              Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York. On 12/19/07 at 11:00 a.m.    _deponent did
serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: BOARD OF POLICE COMMISSIONER OF THE TOWN/VILLAGE OF HARRISON

At Location: One Heineman Place, Harrison, New York

   By delivering to and leaving with Anna Pilloni, Village Attorney's office, and that deponent knew the person so
   served to be Anna Pilloni and authorized to accept service.

        A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as
        follows:
        Sex F                    Age 35-45              Weight 130
        Color of Skin WHITE      Height 5'4"            Color of Hair Brown
        Other Features


                                                    _____
                                                    Robert Fouvy


Sworn to before me this
20th day of December, 2007

_____
Notary Public


        ANN B. FRANK
   Notary Public, State of New York
        No. 01FR5022348
     Qualified in Westchester County
Commission Expires January 10, 20 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11353

PETER T. DeVITTORIO,

                                   Plaintiff

  v.

STEPHEN MALFITANO, individually, JOSEPH CANNELLA, individually, THOMAS SCAPPATICCI, individually,
TOWN/VILLAGE BOARD OF THE TOWN OF HARRISON, New York, BOARD OF POLICE COMMISSIONERS OF
THE TOWN/VILLAGE OF HARRISON, New York, and the TOWN/VILLAGE OF HARRISON, New York,

                        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York  On 12/19/07 at 11:00 a.m.    deponent did
serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: TOWN/VILLAGE  OF HARRISON

At Location: One Heineman Place, Harrison, New York

    By delivering to and leaving with Anna Pilloni, Village Attorney's office, and that deponent knew the person so
    served to be Anna Pilloni and authorized to accept service.

        A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as
        follows:

| | | |
|---|---|---|
| Sex F | Age 35-45 | Weight 130 |
| Color of Skin WHITE | Height 5'4" | Color of Hair  Brown |
| Other Features | | |

                              Robert Fouvy

Sworn to before me this
20th day of December, 2007

Notary Public

        ANN B. FRANK
   Notary Public, State of New York
      No.  01FR5022348
    Qualified In Westchester County
Commission Expires January 10, 20__