UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------X

| | | |
|---|---|---|
| PETER T. DEVITTORIO, | : | 07 Civ. 11353 (WCC) |
| | | ECF CASE |
| Plaintiff, | : | |
| - against - | : | |
| | | **SUSPENSE** |
| STEPHEN MALFITANO, et al., | : | **ORDER** |
| Defendants. | : | |

------------------X

**CONNER, Senior D.J.:**

       Plaintiff brought this action claiming he was not promoted to Police Lieutenant in retaliation for having filed a prior Federal action against defendants. At a conference on February 29, 2008 defendants stated that the position has been vacant for years and there is currently no attempt to fill it. It is hereby

       ORDERED, that this action shall be placed on the Court's Suspense Docket for one year. If Defendant Town/Village of Harrison does not fill or attempt to fill the position of Lieutenant in the Police Department by February 29, 2009, the action will be dismissed without prejudice as moot or premature.

**SO ORDERED.**

Dated:    White Plains, New York
              February 29, 2008

                                                             /s/ William C. Conner
                                                             WILLIAM C. CONNER, Sr. U.S.D.J.

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED:]

COPIES e-MAILED TO COUNSEL OF RECORD