**ORIGINAL**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER DeVITTORIO,

                            Plaintiff,

-against-

STEPHEN MALFITANO, individually,
JOSEPH CANNELLA, individually,
THOMAS SCAPPATICCI, individually,
TOWN/VILLAGE BOARD OF THE
TOWN OF HARRISON, New York,
BOARD OF POLICE COMMISSIONERS
OF THE TOWN/VILLAGE OF HARRISON,
New York, and the TOWN/VILLAGE OF
HARRISON, New York

                            Defendants.
------------------------------------------------------------X

Index No. 07 Civ. 11353 (WCC)
ECF CASE

STIPULATION EXTENDING
THE DEFENDANT'S TIME
TO ANSWER OR
OTHERWISE RESPOND TO
THE COMPLAINT

It is hereby stipulated between the attorneys for the Plaintiff and the attorneys for the Defendants, that the time for the Defendants to serve their answer or otherwise respond to the complaint in the above-captioned matter is extended up until February 29, 2008.

Dated: February 22, 2008

_____
Jonathan Lovett (4854)
LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

_____
Mark N. Reinharz (6201)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 267-6320

So Ordered:

_____
William C. Conner
Sr. U.S.D.J.

DATED: March 3, 2008
White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD